U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 14 2015

TONY R. MOORE, CLERK
BY _____
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **WARD JACKSON** | : | **CIVIL ACTION NO: 3:13-cv-2723** |
| **LA. DOC # 101004** | | |
| | : | **SECTION P** |
| **VERSUS** | | |
| | : | **JUDGE DONALD E. WALTER** |
| **WARDEN N. BURL CAIN** | | |
| | : | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

For the reasons assigned in the memorandum ruling issue this same date, **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation be and is hereby **ADOPTED IN PART and REJECTED IN PART**, as follows:

The court agrees with the Magistrate Judge's conclusions regarding claims 1, 2, 3, 4, 5, 6, 7(B), 7(C), 7(D), and 8. Accordingly, **IT IS ORDERED** that those claims be and are hereby **DENIED and DISMISSED, WITH PREJUDICE**;

The court rejects the Magistrate Judge's conclusion regarding claim 7(A), and finds that counsel's actions during voir dire amounted to a denial of Jackson's Sixth Amendment right to effective assistance of counsel. Accordingly, with respect to this claim, **IT IS ORDERED** that Jackson's application for a writ of habeas corpus be and is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that Jackson be and is hereby **GRANTED** a **CONDITIONAL WRIT** of habeas corpus, such that Jackson shall be released from custody unless the State initiates retrial within one-hundred twenty (120) days from the date of that this court's judgment becomes final; and

**IT IS FURTHER ORDERED** that counsel for the respondent shall promptly notify the Sixth Judicial District Court, Madison Parish, Louisiana, of this court's order necessitating retrial.

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, this 11 day of August, 2015.

*/s/ Donald E. Walter*
**DONALD E. WALTER**
**UNITED STATES DISTRICT JUDGE**